Case Number: 09-55866
Debtor Name: DEMJANJUK, JR., JOHN
Date: July 9, 2010
PROPOSED DISTRIBUTION

FILED
2010 JUL 12 PM 1:22
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,446.51 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $361.63 | $0.00 | $361.63 | $361.63 | $1,084.88 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,084.88 |
| Subtotals For Class Administrative 100.00% | | | | $361.63 | $0.00 | $361.63 | $361.63 | |
| 2 | Discover Bank, Dfs Services LLC, PO Box 3025, New Albany, Ohio 43054-3025 | Unsecured | 300 | $4,699.49 | $0.00 | $4,699.49 | $58.51 | $1,026.37 |
| 3 | Discover Bank, Dfs Services LLC, PO Box 3025, New Albany, Ohio 43054-3025 | Unsecured | 300 | $9,406.27 | $0.00 | $9,406.27 | $117.10 | $909.27 |
| 4 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 | Unsecured | 300 | $8,475.66 | $0.00 | $8,475.66 | $105.52 | $803.75 |
| 5 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 | Unsecured | 300 | $353.09 | $0.00 | $353.09 | $4.40 | $799.35 |
| 6 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 | Unsecured | 300 | $2,088.41 | $0.00 | $2,088.41 | $26.00 | $773.35 |
| 7 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 | Unsecured | 300 | $20,903.64 | $0.00 | $20,903.64 | $260.24 | $513.11 |
| 8 | Advanta Bank Corp in receivership of FDIC, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 | Unsecured | 300 | $9,331.79 | $0.00 | $9,331.79 | $116.18 | $396.93 |
| 9 | Recovery Management Systems Corporation, For GE Money Bank dba LOWES CONSUMER, 25 SE 2nd Ave Ste 1120, Miami FL 33131 | Unsecured | 300 | $4,162.84 | $0.00 | $4,162.84 | $51.83 | $345.10 |
| 10 | Chase Bank USA, N.A., c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, Tx 75374 | Unsecured | 300 | $1,103.06 | $0.00 | $1,103.06 | $13.73 | $331.37 |
| 11 | Citibank South Dakota NA, Exception Payment Processing, PO Box 6305, The Lakes, NV 88901-6305 | Unsecured | 300 | $25,132.73 | $0.00 | $25,132.73 | $312.89 | $18.48 |
| 12 | Recovery Management Systems Corporation, For GE Money Bank dba H H GREGG/GEMB, 25 SE 2nd Ave Ste 1120, Miami FL 33131 | Unsecured | 300 | $1,484.90 | $0.00 | $1,484.90 | $18.48 | $0.00 |
| Subtotals For Class Unsecured 1.24% | | | | $87,141.88 | $0.00 | $87,141.88 | $1,084.88 | |
| 1 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000 | Secured | 400 | $3,388.38 | $0.00 | $3,388.38 | $0.00 | $0.00 |

*Handwritten annotations:* "July 2010"; "ck #1012 receipt #81603" (next to claim 12); $4.40 circled with line drawn to handwritten notes.